CLOSED,INTERPRETER

# U.S. District Court [LIVE]
# Western District of Texas (Del Rio)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-05840-JAC-1 *SEALED*
# Internal Use Only

Case title: USA v. Sealed

Date Filed: 10/22/2026

Date Terminated: 10/26/2026

---

Assigned to: Judge Joseph A Cordova

**Defendant (1)**

**Julio Rodolfo Gonzalez**
*TERMINATED: 10/26/2026*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Criminal Complaint - Northern District of Texas - Dallas Division | Commitment to Another District- NORTHERN DISTRICT OF TEXAS-DALLAS DIVISION |

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2026 | 1 | Arrest (Rule 5/Rule 32.1) of Julio Rodolfo Gonzalez (ic) (Entered: 10/26/2026) |
| 10/26/2026 | 2 | Proceedings held before Judge Joseph A Cordova:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Julio Rodolfo Gonzalez held on 10/26/2026, SPANISH Language Interpreter required as to Julio Rodolfo Gonzalez (Court Reporter FTR-Gold-MG Cienega.) (ic) (Entered: 10/26/2026) |

| | | |
|---|---|---|
| 10/26/2026 | 3 | WAIVER - Rule 5/Rule 32.1 as to Julio Rodolfo Gonzalez. (ic) (Entered: 10/26/2026) |
| 10/26/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT/DIVISION as to Julio Rodolfo Gonzalez. Defendant committed to NORTHERN DISTRICT OF TEXAS-DALLAS DIVISION.. Signed by Judge Joseph A Cordova. (ic) (Entered: 10/26/2026) |
| 10/26/2026 | | Notice to Northern District of Texas of a Rule 5, Rule 32, or Rule 40 Appearance as to Julio Rodolfo Gonzalez. Your case number is: 3:26-MJ-1410. The clerk will transmit ALL applicable documents via email. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (ic) (Entered: 10/27/2026) |

SEALED

AO 442 (Rev. 11/11) Arrest Warrant

FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.
JULIO RODOLFO GONZALEZ

*Defendant*

Case No. 3:26-MJ- 1410-BW

DR:26-M-5840

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Julio Rodolfo Gonzalez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering

Date: October 20, 2026

*Issuing officer's signature*

City and state: Dallas, Texas

Brian McKay, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

**Return**

This warrant was received on *(date)* 10-20-26, and the person was arrested on *(date)* 10-22-26
at *(city and state)* Eagle Pass Tx.

Date: 10-26-26

*Arresting officer's signature*

Ryan Hoar Special Agent
*Printed name and title*

FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number: DR:26-M -05840(1)** |
| | § | **3:26-mj-1410-BW** |
| **(1) Julio Rodolfo Gonzalez** | § | 13 **MINS** |
| | § | |
| | | **SWORN:** [X] |

*AKA:*

**PROCEEDING MEMO - INITIAL APPEARANCE**

**1.** [X] Complaint Filed 10/20/26 [ ] Arrest Warrant Issued ______ *Date*

[ ] Indictment

[ ] Information

[ ] Prob Form 12 [ ] Agency ______

[ ] Arrested ______ *Date*

**2. COURT PERSONNEL:**

Magistrate Judge: **JOSEPH A CORDOVA**

Courtroom Deputy: **Mary G. Cienega**

Interpreter: E. Portugal

**3. APPEARANCES:** For the United States: D. Gonzalez

For the Defendant: ______

Address: ______

______

Phone: ______

Retained [ ] FPD [ ] CJA [ ]

**4. PROCEEDINGS:**

a. [X] Defendant found competent.

b. [X] Defendant informed of and received copy of charging document.
Violation: 18 USC 1956(h)

c. [X] Defendant informed of maximum penalty: AS STATED ON THE RECORD

d. ☐ Defendant informed of constitutional rights.
*My constitutional rights have been explained to me.*
Date ____________________ Signature ____________________

e. [X] Defendant informed of right to Preliminary Examination.
set for TO BE SET IN CHARGING DIVISION
OR
☐ No right to Preliminary Examination.
Arraignment set for ____________________

f. [X] Defendant informed of right to legal counsel.
______ 1) Defendant waives counsel, **OR**

______ 2) Defendant will try to secure counsel and inform court by ____________ as to name, address of counsel retained, **OR**

______ 3) Defendant requests appointment of counsel.

Defendant has completed financial affidavit.
______ a) Court finds Defendant is financially eligible and orders counsel appointed.
**OR**
______ b) Court finds Defendant is financially ineligible and denies request.

Defendant to advise Court by ________ as to name, address of counsel retained.

g. ☐ **PRETRIAL RELEASE:**

[X] 1) Government moved for detention under §3124(f).
Detention Hearing set for: TO BE SET IN CHARGING DIVISION

☐ 2) Court SUA SPONTE "moves" for detention.
Detention Hearing set for: ____________________

☐ 3) Temporary detention ordered.
Bond Hearing set for: ____________________

☐ 4) Court orders Defendant be released on the following conditions:
☐ a) Personal recognizance.

☐ b) Defendant's bond set at $ ____________________

☐ which is unsecured.

☐ which requires ____________________ % deposit.

☐ which requires 100% cash/corporate/surety.

☐ Additional conditions of release as set forth in Order Setting Conditions of Release.

☐ 5) Detention ordered (i.e., Probation Violation).

h. ☐ Temporary commitment issued ____________________
*Date*

i. ☐ Preliminary Examination continued/reset to ______________________
Date
at ______________________
Time

j. ☐ Preliminary Examination held ______________________
Date

k. ☐ Probable Cause found ______________________
Date
**OR**

☐ No Probable Cause found ______________________
Date

l. ☐ Defendant held to District Court ______________________
Date

m. ☐ Defendant dismissed on Government's motion ______________________
Date

n. ☐ Final Commitment Issued ______________________
Date

o. ☐ Arraignment Set ______________________
Date

**5.** a. X **OTHER PROCEEDINGS** *Defendant ordered REMOVED By USMS to charging division WESTERN DISTRICT OF TEXAS-Dallas Division for all futher proceedings.*

FILED
OCT 26 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | Case Number: DR:26-M -05840(1) JAC |
| vs. | § | |
| | § | *(Case No.: 3:26-MJ-1410-BW)* |
| (1) Julio Rodolfo Gonzalez<br>*Defendant* | § | |

# WAIVER OF REMOVAL HEARING

I, (1) Julio Rodolfo Gonzalez, charged with 18 USC 1956(h); and having been arrested in the WESTERN DISTRICT OF TEXAS, DEL RIO Division, and taken before JOSEPH A CORDOVA, a UNITED STATES MAGISTRATE JUDGE for that District, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a warrant for my removal to the United States District Court, Northern District of Texas-Dallas Division, where the aforementioned charge is pending against me.

(1) Julio Rodolfo Gonzalez, Defendant

WITNESS:

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

FILED

OCT 26 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:26-M -05840(1) JAC |
| | § | |
| (1) Julio Rodolfo Gonzalez<br>*Defendant* | § | |

# ORDER OF REMOVAL

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:**

(1) Julio Rodolfo Gonzalez is charged in the United States District Court, NORTHERN DISTRICT OF TEXAS-DALLAS DIVISION, 18 USC 1956(h) .

The Court finds that a warrant of arrest has been issued for the Defendant from the United States District Court, NORTHERN DISTRICT OF TEXAS-DALLAS DIVISION, and Defendant has been arrested in this division. The Court further determined that the Defendant is the person named in said warrant.

YOU ARE HEREBY COMMANDED TO REMOVE (1) Julio Rodolfo Gonzalez to the NORTHERN DISTRICT OF TEXAS-DALLAS DIVISION, and there deliver him/her to the United States Marshal for that District or to some other officer authorized to to receive him/her.

Defendant is being detained without bond.

ORDERED at DEL RIO, Texas, this 26TH day of October, 2026.

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

RECEIVED

OCT 26 2026

U.S.MARSHALS W/TX DEL RIO